IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01094-BNB

SUSAN V. TORRES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Susan V. Torres, initiated this action by filing *pro se* a Complaint. On April 26, 2012, Magistrate Judge Boyd N. Boland entered an order directing Ms. Torres to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Ms. Torres was warned that the complaint and the action would be dismissed without further notice if she failed to file an amended complaint within thirty days.

    On May 3, 2012, the copy of Magistrate Judge Boland's April 26 order that was mailed to Ms. Torres at the address she provided was returned to the Court undelivered. The returned envelope (ECF No. 8) bears a sticker that reads "RETURN TO SENDER, INSUFFICIENT ADDRESS, UNABLE TO FORWARD." A prior order in this action granting Ms. Torres leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, which was mailed to the same address, also was returned to the Court undelivered on April 26, 2012, and the returned envelope (ECF No. 7) containing that

order bears a sticker that reads "RETURN TO SENDER, ATTEMPTED – NOT KNOWN, UNABLE TO FORWARD."

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within five days of any change of address or telephone number. Ms. Torres has failed to comply with the Court's local rules and, as a result, she has failed within the time allowed to file an amended complaint as directed. Therefore, the complaint and the action will be dismissed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed to file an amended complaint as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  5th  day of    June   , 2012.

BY THE COURT:

   s/Lewis T. Babcock    
LEWIS T. BABCOCK, Senior Judge
United States District Court